MICHAEL J. McGRATH, as President of LOCAL UNION No. 418, UNITED ASSOCIATION OF PLUMBERS AND GAS FITTERS OF THE UNITED STATES AND CANADA, Appellant, v. CHRIS G. NORMAN, Individually and as Chairman of the BOARD OF GOVERNORS OF THE BUILDING TRADES EMPLOYERS' ASSOCIATION, and Others, Respondents.— Order denying plaintiff's motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements, upon opinion of Mr. Justice MAY at Special Term. (See, also, *Moran* v. *Lasette, ante*, p. 118.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

WALLACE P. MOORE and KATONAH LUMBER, COAL & FEED COMPANY, INC., Appellants, v. JANE M. FRESTON and THOMAS E. FRESTON, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CORNELIUS J. MORRISSEY, as Administrator, etc., of JOHN MORRISSEY, Deceased, Respondent, v. SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of the Property of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., Appellants.— Judgment reversed upon the law, and new trial granted, costs to abide the event. The court charged that " the defendants having pleaded without alleging any contributory negligence upon the part of John Morrisey, his contributory negligence is not involved; it is not at issue here in this case." This very definite instruction that they must not consider the question of contributory negligence was emphasized by the court in refusing to permit defendants to amend their pleading so as to bring the question of contributory negligence into the case. The last word to the jury was, therefore, that the question of decedent's contributory negligence was not to be considered. These errors require a reversal. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

PHILIP MULLER, JR., Respondent, v. I. C. REFRIGERATION COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. (See *Grant* v. *Knepfer*, 218 App. Div. 784; affd., 245 N. Y. 158.) Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

OVERSEAS STORAGE COMPANY, INC., Respondent, v. ANTHONY J. CHLOPECK, Individually and as the President of the INTERNATIONAL LONGSHOREMEN'S ASSOCIATION and Others, Appellants.— Order denying, conditionally, defendants' motion to dismiss complaint, and to vacate injunction *pendente lite*, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.